In the Matter of ARTHUR W. NEWELL et al., Respondents. PATHE FILM CORPORATION, Appellant.

Submitted May 25, 1942; decided June 4, 1942.

*Louis Nizer* and *William Goffen* for motion.

*Leonard I. Schreiber* opposed.

Motion for leave to appeal dismissed on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.